United States District Court
For The District Of Columbia

RECEIVED
NOV 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Anthony Antonio Martin
D.C.D.C. #230-185, federal #09221-007
Plaintiff

V.

D.C. department Of Corrections
D.C. Jail Central Detention,
Defendants

Friday November 23, 2007

Civil Action no. 07-01976 (RWR)
Judge Richard W. Roberts

**Motion: Correction Of Institution Housing, And An Extention Of (Pro Se order) Due to Mail Tampering.**

On October 1, 2007, the plaintiff Mr. Anthony Antonio Martin mailed to this honorable U.S. district Court clerk's office, one (1) U.S. section <u>42 USC 1983 §</u> Lawsuite application. He didn't receive his Pro Se order form, at all, infact he the plaintiff had send for copy's of his civil docket's of the case's he had pending while waiting for a (response) from the case He mailed out on the October 1, 2007, when Friday November 23, 2007, came he receive unsign for Legal mail, meaning. It wasn't Logged in the Legal mail Book at all, the mail containe three (3) civil docket's for case no. 07-01093 (UNA) no. 07-01440 (UNA) and this new case no. 2007-01976 (UNA), that's how the plaintiff Mr. Martin foundout this case was file at all, because he never Receive the <u>Pro se order form</u>, from this U.S. Court.

And when he received the new civil docket for this case no. 2007-01976 (UNA) it had the plaintiff Mr. Anthony Antonio Martin housed at CCA correctional Treatment Facility, 1901 E. street, S.E Washington, D.C. 20003 under the plaintiff D.C.D.C. number #230-185, when Mr. Martin the plaintiff never been housed or inside the (C.C.A.) or (C.T.F.) facility a day in his Life. On The first of October 2007, the plaintiff mail his Lawsuit application off, to this U.S. honorable District Court clerk's off, from United States Penitentiary P.O. Box 26030 Beaumont, Texas 77720-6030, prison facility. And thats the address that should Have been placed on the civil Action docket copy, this is the plaintiff Mr. Anthony Antonio Martin D.C.D.C. #230-185, under federal #09221-007, eight (8) Lawsuite, against the D.C. department of corrections and their rong doing's to him, so as the Defendants retaliation against the plaintiff, they also scratch him off a Low facility transfer. And put falsification paperwork under his name and number, to have the plaintiff transfered to United States Penitentiary Beaumont, Texas facility prison, on Monday September 3, 2007, the plaintiff Mr. Martin was placed in a Van, at D.C. Jail parking Lott, and was Driven to Harrisburg Pennsylvania airport, put on an airplaine, then flown to Oklahoma City hold over prison facility. The plaintiff stayed their for a week, and on Monday September 10, 2007, he was put on a federal bus, and driven for nine (9) hour's, to United States Penitentiary Beaumont, Texas prison facility, whear he the plaintiff has

been every since. Whear he is also being Denied the right to have his compentation sheet, and being constantly ignored about him don't Belongs at the U.S.P. Beaumont, Texas prison facility, Let it be known that the plaintiff Mr. Anthony Antonio Martin is a taxe payer, that has been constantly discriminated against all because He chooses to exercise the right's of the Law, instead of taken the Law into his own hands. Because he the plaintiff was told how to exercise the usce of the Law, to keep it real with the government of this country.

Respectfully Submitted

*Anthony Antonio Martin*
Anthony Antonio Martin
D.C.D.C. #230-185, under federal #09221007
United States Penitentiary
P.O. Box 26030
Beaumont, Texas 77720-6030

## Certificate Of Service

This is the forgoing Motion Correction Of Institution Housing, And An Extenion Of (Pro Se Order) Due To Mail Tampering. Was mailed prepaid on This month 11 day of 23 year of 2007 to the United States District Court For The District Of Columbia 333 Constitution Avenue, N.W. Washington D.C. 20001

*Anthony Antonio Martin*
Anthony Antonio Martin
D.C.D.C.#230-185, under federal #09221007
United States Penitentiary
P.O. Box 26030
Beaumont, Texas 77720-6030